# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0053. IN THE INTEREST OF I. H., A CHILD (MOTHER).**

Upon review of Applicant's motion for an extension of time to file an application for discretionary appeal, it is hereby ordered that Applicant has until June 4, 2024, to file her application for discretionary appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/28/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.